UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00450-DBH

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** <br><br> **Plaintiff** <br><br> vs. <br><br><br> **Rebecca A. Barnes f/k/a Rebecca A. Nehiley f/k/a Rebecca A. Doyon and David Barnes** <br><br><br><br> **Defendants** <br> Midcoast Hospital <br> Maine Revenue Services <br><br> **Parties-In-Interest** | **PLAINTIFF'S CONSENTED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br><br> RE: <br> 10 Cross Street, Mechanic Falls, ME 04256 <br><br> Mortgage: <br> 11/19/2004 <br> Book 6163, Page 46 |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), pursuant to Fed.R.Civ. P.41(a)(1) and hereby respectfully requests that this Honorable Court dismiss this action without prejudice and without costs to either party.  As grounds therefore, Plaintiff states that the Defendants have been approved for a final loan modification of the subject mortgage, which has led to a mutual resolution of this matter.  Defendants consent to the bringing and granting of this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court dismiss this matter without prejudice and without costs to any party.

DATED: February 23, 2017

                                                      /s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

      I, John A. Doonan, Esq. hereby certify that on February 23, 2017, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                                                   /s/John A. Doonan, Esq.
                                                     John A. Doonan, Esq., Bar No.: 3250

Rebecca A. Barnes f/k/a Rebecca A. Nehiley f/k/a Rebecca A. Doyon
10 Cross Street
Mechanic Falls, ME 04256

David Barnes
10 Cross Street
Mechanic Falls, ME 04256

Maine Revenue Services
c/o Kevin J. Crosman, Esq. Office of Attorney General,
6 State House Station
Augusta, ME 04333

Midcoast Hospital
c/o Bradley Graham, Esq Law Offices of Carl R. Trynor, PA
623 Forest Avenue
Portland, ME 04101