UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| US BANK TRUST NA<br>Plaintiff,<br><br>v.<br><br>REBECCA A BARNES, et al.,<br>Defendants, | )<br>)<br>)<br>)  Civil No. 2:16-cv-00450-DBH<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

In accordance with the Order granting the Motion to Dismiss, issued on February 24, 2017, by U.S. District Judge D. Brock Hornby, the plaintiff's complaint is dismissed without prejudice and without costs to either party. JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/ Jenifer Bennett
Deputy Clerk

Dated: February 24, 2017